No. D–989.   IN RE DISBARMENT OF MACH.   Disbarment entered.   [For earlier order herein, see 499 U. S. 945.]

No. D–994.   IN RE DISBARMENT OF CROSLEY.   Disbarment entered.   [For earlier order herein, see 499 U. S. 957.]

No. D–995.   IN RE DISBARMENT OF TUCKER.   Disbarment entered.   [For earlier order herein, see 499 U. S. 973.]

No. D–1001.   IN RE DISBARMENT OF TRACY.   Disbarment entered.   [For earlier order herein, see 500 U. S. 940.]

No. D–1004.   IN RE DISBARMENT OF LOONEY.   Disbarment entered.   [For earlier order herein, see 500 U. S. 950.]

No. D–1007.   IN RE DISBARMENT OF RIVERS.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1203.]

No. D–1008.   IN RE DISBARMENT OF TOBIAS.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1203.]

No. D–1009.   IN RE DISBARMENT OF FRANKLIN.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1203.]

No. D–1011.   IN RE DISBARMENT OF THOMPSON.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1215.]

No. D–1012.   IN RE DISBARMENT OF LUKAS.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1215.]

No. D–1013.   IN RE DISBARMENT OF MILLER.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1215.]

No. D–1014.   IN RE DISBARMENT OF BENNETT.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1228.]

No. D–1016.   IN RE DISBARMENT OF GAMER.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1228.]

No. D–1017.   IN RE DISBARMENT OF CARONNA.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1228.]

No. D–1018.   IN RE DISBARMENT OF HAYDEN.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1228.]

No. D–1021.   IN RE DISBARMENT OF DUVA.   Disbarment entered.   [For earlier order herein, see *ante*, p. 1248.]